IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02673-WYD-MEH

DISH NETWORK SERVICE, L.L.C., and
DISH NETWORK, L.L.C.,

    Plaintiffs,

v.

LEVI, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2010.**

The Joint Motion to Vacate Settlement Conference [filed April 20, 2010; docket #25] is **granted**. The Settlement Conference set for April 27, 2010, is hereby **vacated**. The Court directs the parties to submit a Joint Status Report within five business days of a decision on the pending Motion to Vacate Final Arbitration Award in Case No. 07-cv-00973-WYD-BNB.